IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DEMETRIC C. MARINE,
Inmate No. 1700346561,
Plaintiff,

vs. Case No.: 3:18cv2172/RV/EMT

NURSE KELLY, et al.,
Defendants.
_____________________________/

**O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated May 17, 2019 (ECF No. 10). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This case is **DISMISSED**, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for

Plaintiff's failure to state a plausible claim upon which relief can be granted.

**DONE AND ORDERED** this 24th day of June, 2019.

/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**